800.013097    bb

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| TERRY NERO, | ) | No. |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Judge |
| | ) | |
| PURDY BROTHERS TRUCKING CO., | ) | Circuit Court of Cook County, State of |
| INC., PURDY BROTHERS TRUCKING, | ) | Illinois (No. 16 L 008469) |
| LLC, P&S TRANSPORTATION, INC., and | ) | |
| MARK DAVID TIPTON, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF REMOVAL

To:    Thomas J. Fedick                            Clerk of the Circuit Court
       Harman & Fedick, Ltd.                      Richard J. Daley Center
       221 North LaSalle Street                   Chicago, Illinois  60602
       Chicago, Illinois  60601
       fedick@harmlaw.com

NOW COME the defendants, PURDY BROTHERS TRUCKING, LLC, ("Purdy

Brothers"), and MARK DAVID TIPTON, by and through their attorneys, MICHAEL R.

LaBARGE and ANGIE M. GROVE, and respectfully file this Notice of Removal pursuant to 28

U.S. §§1332, 1441, and 1446.  In support thereof, defendants state as follows:

1.    On August 25, 2016, plaintiff Terry Nero ("Nero") filed a Complaint at Law in

the Circuit Court of the Cook County, Illinois against Purdy Brothers, P&S Transportation, Inc.

("P&S"), and Mark David Tipton captioned *Terry Nero v. Purdy Brothers, et al.,* Case No. 2016

L 008469 ("State Court Action"). (Plaintiff's Complaint at Law is attached as Exhibit A.)

2.    Plaintiff alleges that she sustained compensable injuries as a result of a motor

vehicle accident that occurred on June 19, 2015 on I-55 at First Avenue, Summit, Cook County,

Illinois. (Exhibit A.) Plaintiff further alleges that the negligence of Purdy Brothers and P&S, and their employee/agent, Tipton, proximately caused the aforesaid accident and her resultant injuries. (Exhibit A.)

3.     Defendant Purdy Brothers was served with the Complaint at Law on September 6, 2016. (Declaration of Doug Surrett attached as Exhibit B.)

4.     Defendant Tipton was personally served with the Complaint at Law on September 12, 2016. (Declaration of Mark Tipton attached as Exhibit C.)

5.     Upon information and belief, co-defendant P&S Transportation, Inc. (P&S), has not been served with a complaint in the state court action. However, upon further information and belief, P&S would consent to the removal of the state court action to the Northern District of Illinois, Eastern Division.

6.     Plaintiff is a citizen of Illinois because she resides in Joliet, Illinois. (See Illinois Traffic Crash Report attached as Exhibit D.)

7.     Purdy Brothers is a citizen of both Delaware, where it is legally incorporated, and Alabama, the location of its principal place of business. (See Exhibit B.)

8.     Defendant Tipton is a citizen of Tennessee because he resides in Crossville, Tennessee. (See Exhibit C.)

9.     Upon information and belief, P&S is a citizen of Delaware, where it is legally incorporated, and Alabama, the location of its principal place of business.

10.     Based upon the plaintiff's allegations in her Complaint and her recent settlement demand, plaintiff is seeking damages in excess of $75,000. Plaintiff alleges in her Complaint that she suffered injuries and damages, which required medical treatment, as a result of the motor vehicle accident. (Exhibit A, ¶19.) Plaintiff alleges that her injuries prevented her from

attending to her normal affairs and work. (Exhibit A, ¶19.) Plaintiff demands judgment in excess of $50,000. (Exhibit A.) Moreover, upon information and belief, the plaintiff's counsel submitted a demand on behalf of his client for over $100,000. Further, upon information and belief, the plaintiff's medical specials total $127,476.02 and are increasing with continued treatment and surgery.

11.     This Court has jurisdiction over this matter pursuant to 28 U.S.C. §1332(a) because there is complete diversity of jurisdiction between plaintiff, Purdy Brothers, P&S, and Tipton and because the plaintiff is seeking more than $75,000 in damages as a result of the motor vehicle accident.

12.     A true and correct copy of the Complaint from the State Court Action which was served upon defendants is attached and filed with this Notice of Removal in compliance with 28 U.S.C. §1446. (Exhibit A.)

13.     Defendants' Notice of Removal was filed within 30 days of when defendants were served with plaintiff's Complaint. Consequently, Removal is timely filed in accordance with 28 U.S.C. §1446(b).

14.     Moreover, venue is proper in this Court pursuant to 28 U.S.C. §1441(a) and 1446(a) because the Northern District of Illinois, Eastern Division, is the Federal Judicial District that exercises jurisdiction over the Circuit Court of Cook County, Illinois, where the State Court Action is pending and the location of the alleged motor vehicle accident.

15.     By this Notice of Removal, the defendants do not waive any objection they may have as to service, jurisdiction, or venue, or any other defenses or objections they may have to this action. Defendants intend no admissions of fact, law, or liability by this Notice and expressly reserve all defenses, motions, and/or pleas.

WHEREFORE, the defendants, PURDY BROTHERS TRUCKING, LLC and MARK DAVID TIPTON, by and through their attorneys, MICHAEL R. LaBARGE and ANGIE M. GROVE, respectfully request that this action proceed in the Northern District of Illinois, Eastern Division, and for any further relief this Court deems appropriate.

By: /s/ Michael R. LaBarge

By: /s/ Angie M. Grove

Michael R. LaBarge
Angie M. Grove
LaBarge, Campbell & Lyon, L.L.C.
Attorneys for Defendants
200 West Jackson Boulevard, Suite 2050
Chicago, Illinois 60606
312-580-9010
mlabarge@lcllaw.com
agrove@lcllaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on 10 3 2016, I electronically filed the foregoing Notice of Removal with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Thomas J. Fedick
Harman & Fedick, Ltd.
221 North LaSalle Street
Chicago, Illinois 60601
fedick@harmlaw.com

/s/ Michael R. LaBarge
Michael R. LaBarge


/s/ Angie M. Grove
Angie M. Grove


LaBARGE, CAMPBELL & LYON, L.L.C.
Attorneys for Defendants
200 West Jackson Boulevard, Suite 2050
Chicago, Illinois 60606
312-580-9010
312-580-9011
mlabarge@lcllaw.com; agrove@lcllaw.com

5